IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RUTH VELASQUEZ-DIAZ, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | |
| WAL-MART STORES TEXAS, LLC | § | CIVIL CASE NO. 18-CV-633-N-BK |
| A/K/A AND/OR D/B/A WAL-MART | § | |
| SUPERCENTER STORE #1800 AND/OR | § | |
| WAL-MART AND/OR WAL-MART | § | |
| SUPERCENTER, | § | |
|     DEFENDANT. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Defendant's *Motion for Summary Judgment* is **GRANTED**, and this case is **DISMISSED**.

SIGNED this 13th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE